USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 4/1/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JACK SO,

                         Plaintiff,

             -against-

ZIV SIDI, NATALIA VIRYCH, and
ZOUND PRO LLC,

                     Defendants.

-------------------------------------------------------x

18-CV-11526 (ALC)

**ORDER OF REFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

The above-captioned action is referred to Magistrate Judge Kevin Nathaniel Fox for the following purpose[s]:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement): | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement: | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

**SO ORDERED.**

Dated:      **April 1, 2019**
             **New York, New York**

                               **HON. ANDREW L. CARTER, JR.**
                               **United States District Judge**