USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/31/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JACK SO,

                        Plaintiff,

     -against-                         18-CV-11526 (ALC)

ZIV SIDI, NATALIA VIRYCH, and          **ORDER**
ZOUND PRO LLC,

                        Defendants.

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:    May 31, 2019
            New York, New York

                                              HON. ANDREW L. CARTER, JR.
                                                United States District Judge