USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JACK SO,

                          Plaintiff,

      -against-

ZIV SIDI, NATALIA VIRYCH, and
ZOUND PRO LLC,

                       Defendants.

18-CV-11526 (ALC)

**ORDER**

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court has reviewed the settlement and release agreement as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). ECF No. 18. The Court finds it to be fair and reasonable, and approves the settlement. Accordingly, this matter is hereby dismissed and discontinued with prejudice. The Court reserves authority to retain jurisdiction to enforce the terms of the Agreement for a period of no longer than sixty days following dismissal.

**SO ORDERED.**

Dated:     February 21, 2020
              New York, New York

                                              **HON. ANDREW L. CARTER, JR.**
                                                **United States District Judge**